Self Addressed Stamp Envelope Enclose For Return
Of Reprint Copy                                    9-22-2015
                                                   63,010-03

In the Court of Criminal Appeals
Of Texas

No WR-63 010-03

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 24 2015
Abel Acosta, Clerk

In Re Erwin Burley Relator

On Application For A Writ of Mandamus

Cause No 10CR2645d In the 105th
District Court From Nueces County

To Mr Abel Acosta:        See Exhibit A Order For Mandamus

Dear Clerk, I have not Received Any Information

From Nueces County on A Response In Accord with

Courts order Filed August 5 2015.

The Delay has caused Prejudice and Harm to

Relator. 105th had 30 days to Respond to Writ

of Mandamus which would of Been September 5 2015.

As of Today September 22 2015 the Court I.E

105th District ~~Are~~ is currently 17 days late with no

Response. Please date stamp this letter And Return.

Relator Also waits For Status of Writ of Mandamus

Thank-you Respectfully Submitted    Erwin Burley 1740140
                                    Allred Unit
                                    2101 Fm 369 nth

Certificate of Service             Iowa Park Texas
                                         76367
I Hereby Certify that A true
And Correct copy of the Above
was Mailed to Court of
Criminal Appeals P.o. Box 12308
Capitol Station Austin Tex 78711
On 9-22-2015  Erwin Burley

This document contains some
pages that are of poor quality
at the time of imaging.



# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-63,010-03

### IN RE ERWIN BURLEY, Relator

## ON APPLICATION FOR A WRIT OF MANDAMUS
## CAUSE NO. 10CR2645d IN THE 105TH DISTRICT COURT
## FROM NUECES COUNTY

*Per curiam.*

### ORDER

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed an application for a writ of habeas corpus in the 105th District Court of Nueces County, that more than 35 days have elapsed, and that the application has not yet been forwarded to this Court.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Nueces County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, submitting a copy of a timely filed order which designates issues to be investigated (*see McCree v. Hampton*, 824 S.W.2d 578, 579 (Tex. Crim. App. 1992)), or stating that

Relator has not filed an application for a writ of habeas corpus in Nueces County. Should the response include an order designating issues, proof of the date the district attorney's office was served with the habeas application shall also be submitted with the response. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: August 5, 2015
Do not publish